


FILED

OCT 28 2005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                    ) Case No. 05-26557-C-7
                                         )
PAUL D. PORTER and                       ) DC No. SB-1
DAWN M. PORTER,                          )
                                         )
     Debtors.                           )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

### Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

### Findings of Fact

Debtors filed this voluntary chapter 7 petition on May 31, 2005. They scheduled a 2004 Saturn Ion ("vehicle") as an asset of the estate. In Debtors' Statement Of Intention, they stated they intended to retain the vehicle. The chapter 7 trustee filed a report finding that there was property available for

distribution from the estate over and above that exempted by debtor. The court notes that the debtors received a discharge from all dischargeable debts on September 15, 2005.

On September 22, 2005, Wells Fargo Bank, N.A. ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to repossess the vehicle. The Kelley Blue Book value of the vehicle is approximately $10,050. The motion and declaration establish that the debtor owes the movant approximately $20,241.51. Movant contends that debtors voluntarily surrendered the vehicle.

No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

### Conclusions of Law

The automatic stay of acts against the debtor *in personam* and of acts against property other than property of the estate will terminate when an individual in a case under chapter 7 is granted a discharge. 11 U.S.C. § 362(c)(2)(C).

Because the debtor was granted a discharge, the motion for relief from the automatic stay as to the debtor is moot. Thus, the motion will be denied.

The motion will be granted as to the trustee because the trustee did not file a timely opposition.

An appropriate order will issue.

Dated: October 27, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

1
2
**CERTIFICATE OF SERVICE**

3       On the date indicated below, I served a true and correct
copy(ies) of the attached document by placing said copy(ies) in
a postage paid envelope addressed to the person(s) hereinafter
4  listed and by depositing said envelope in the United States
mail or by placing said copy(ies) into an interoffice delivery
5  receptacle located in the Clerk's Office.

6  Paul and Dawn Porter
   4648 Roadrunner Drive
7  Ione, CA 95640

8  Michael Germain
   945 Morning Star Drive
9  Sonora, CA 95370

10 Michael Burkart
   5150 Fair Oaks Boulevard #101-185
11 Carmichael, CA 95608

12 Wells Fargo Bank, N.A.
   c/o Law Offices of Carolyn Morris
13 P.O. Box 3947, 1350 Montego Way
   Walnut Creek, CA 94598
14
   Office of the United States Trustee
15 United States Courthouse
   501 "I" Street, Suite 7-500
16 Sacramento, CA  95814

17       Dated:  10/31/05

18

19                                         _____
                                                 Deputy Clerk
20

21

22

23

24

25

26

27

28